MRS. GENEVA CONKLIN v. W. H. PENNY, EXECUTOR OF THE ESTATE OF MRS. FLORENCE HALL, DECEASED.

APPEAL by defendant from *McKinnon, J.,* November Civil Term 1958 of DURHAM.

Civil action to recover for services rendered by plaintiff to Mrs. Florence Hall from 1 May 1951 until 8 June 1955 — the date of Mrs. Hall's death —, pursuant to an agreement by Mrs. Hall with plaintiff that she would compensate plaintiff for such services in her will.

There is ample evidence to show that plaintiff performed her part of the contract, rendered valuable services to Mrs. Hall during the last years of her life, and that the reasonable value of such services was from $9,000.00 to $10,000.00.

Upon the denial of liability by the executor and issues joined, the jury returned a verdict that plaintiff had rendered valuable services to Mrs. Hall from May 1951 until 8 June 1955 pursuant to the alleged agreement, and that the reasonable value of such services was $7,500.00.

Defendant appeals.

*Claude V. Jones and Arthur Van for Plaintiff, appellee.*
*E. C. Brooks, Jr. and R. P. Reade for defendant, appellant.*

PER CURIAM. A study of the Record, the assignments of error, and the brief filed by the defendant's counsel fails to show any error sufficient to disturb the verdict and judgment below.

No Error.